IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GARY DEAN MISHLER,                                      CV 07-371-MA

          Petitioner,                              OPINION AND ORDER

    v.

CHARLES DANIELS,
Warden, FCI-Sheridan,

          Respondent.


    GARY DEAN MISHLER
    Federal Register No. 29313-112
    Federal Correctional Institution
    P.O. Box 5000
    Sheridan, Oregon  97378-5000

        Petitioner, *Pro Se*

    KARIN J. IMMERGUT
    United States Attorney
    SCOTT ERIK ASPHAUG
    Assistant United States Attorney
    United States Attorney's Office
    District of Oregon
    1000 SW Third Avenue, Suite 600
    Portland, OR  97204-2902

        Attorneys for Respondent

MARSH, Judge:

    Petitioner, an inmate in the custody of the Federal Bureau of Prisons (BOP), currently housed at the Federal Correctional Institution (FCI) Sheridan, brings this habeas corpus proceeding pursuant to 28 U.S.C. § 2241.

1- OPINION AND ORDER

Petitioner seeks an order requiring the BOP to cease collecting restitution payments from him, which are currently being collected pursuant to the Inmate Financial Responsibility Program (IFRP), and to identify petitioner as "IFRP exempt".

By his Answer, dated May 21, 2007, Respondent acknowledged Petitioner is entitled to the relief requested. However, Respondent argued that the court should not grant the writ because the BOP would voluntarily grant the relief Petitioner requested. On June 6, 2007, however, Petitioner filed a *pro se* Reply indicating prison officials expressly refused to honor the position taken in Respondent's Answer.

Based upon the concession in Repondent's Answer, the court hereby GRANTS Petitioner's Petition for Writ of Habeas Corpus, and ORDERS the BOP to cease collecting restitution payments from Petitioner, and to identify petitioner as "IFRP exempt."

IT IS SO ORDERED.

DATED this _8_ day of August, 2007.

                                         /s/   Malcolm F. Marsh
                                        Malcolm F. Marsh
                                        United States District Judge